# Third District Court of Appeal
## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-1280
Lower Tribunal No. F87-35599A
_____

**Luis Delgado,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel Manuel de la O, Judge.

Clayton R. Kaeiser, for appellant.

James Uthmeier, Attorney General, and Haccord J. Curry, Assistant General, for appellee.

Before LOGUE, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.